# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Steven H. Gerlich,

        Plaintiff,                         Civil No. 10-4520 (RHK/LIB)

vs.                                       **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

Countrywide Home Loans, Inc., et al.,

        Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 15, 2010

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge