UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN H. GERLICH,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., AMERIQUEST MORTGAGE COMPANY, CITIGROUP, INC., CARRIE EHINGER, JOHN DOE (1-50), MARY ROE (1-50), ABC CORPORATIONS (1-50),

    Defendants.

Civil Action No. 10-cv-4520 (DWF/LIB)

**MOTION OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

    Defendant Countrywide Home Loans, Inc. ("Countrywide"), pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby moves this Court for an Order dismissing Plaintiff's Complaint for failing to state a claim upon which relief can be granted.

    The grounds for this Motion will be set forth in Countrywide's Memorandum of Law in Support of Motion, the supporting affidavits, as well as the files, records, and proceedings herein, and the arguments of counsel.

-2-

Date:  November 23, 2010	THOMPSON, COE, COUSINS & IRONS, LLP


   /s/ Michael G. Patiuk
Michael G. Patiuk (#21243X)
Jodee McCallum (#388067)
The Historic Hamm Building, Suite 510
408 St. Peter Street
St. Paul, Minnesota  55102
Phone: (651) 389-5000
Email: mpatiuk@thompsoncoe.com

*ATTORNEYS FOR DEFENDANT*
*COUNTRYWIDE HOME LOANS, INC.*