UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEVEN H. GERLICH,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS,
INC., AMERIQUEST MORTGAGE
COMPANY, CITIGROUP, INC.,
CARRIE EHINGER, JOHN DOE (1-50),
MARY ROE (1-50), ABC
CORPORATIONS (1-50),

    Defendants.

Civil Action No. 10-cv-4520 (DWF/LIB)

---

**NOTICE OF HEARING ON DEFENDANT COUNTRYWIDE HOME
LOANS, INC.'S MOTION TO DISMISS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

---

**PLEASE TAKE NOTICE** that on the 25th day of February, 2011, at 10:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Donovan W. Frank, at the United States Courthouse, Courtroom 7C, Warren E. Burger Federal Building, 316 North Robert Street, Saint Paul, Minnesota, Defendant Countrywide Home Loans, Inc. will move the Court for an Order dismissing Plaintiff's Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, for failing to state a claim upon which relief can be granted.

-2-

Date:  November 23, 2010

                                  THOMPSON, COE, COUSINS & IRONS, LLP

                                      /s/ Michael G. Patiuk
                                Michael G. Patiuk (#21243X)
                                Jodee McCallum (#388067)
                                The Historic Hamm Building, Suite 510
                                408 St. Peter Street
                                St. Paul, Minnesota  55102
                                Phone: (651) 389-5000
                                Email: mpatiuk@thompsoncoe.com

*ATTORNEYS FOR DEFENDANT
COUNTRYWIDE HOME LOANS, INC.*