UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEVEN H. GERLICH,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS,
INC., AMERIQUEST MORTGAGE
COMPANY, CITIGROUP, INC.,
CARRIE EHINGER, JOHN DOE (1-50),
MARY ROE (1-50), ABC
CORPORATIONS (1-50),

    Defendants.

Civil Action No. 10-cv-4520 (DWF/LIB)

---

**MOTION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND CARRIE EHINGER TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants Countrywide Home Loans, Inc. and Carrie Ehinger, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, hereby moves this Court for an Order dismissing Plaintiff's Amended Complaint for failing to state a claim upon which relief can be granted.

The grounds for this Motion will be set forth in Defendants' Memorandum of Law in Support of Motion, as well as the files, records, and proceedings herein, and the arguments of counsel.

-2-

Date:  May 12, 2011

        THOMPSON, COE, COUSINS & IRONS, LLP


          /s/ Michael G. Patiuk
        Michael G. Patiuk (#21243X)
        Jodee McCallum (#388067)
        The Historic Hamm Building, Suite 510
        408 St. Peter Street
        St. Paul, Minnesota  55102
        Phone: (651) 389-5000
        Email: mpatiuk@thompsoncoe.com

        *ATTORNEYS FOR DEFENDANTS*
        *COUNTRYWIDE HOME LOANS, INC. AND*
        *CARRIE EHINGER*