## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN H. GERLICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. and CARRIE EHINGER,<br><br>　　　　Defendants. | Civil Action No. 10-CV-4520 (DWF/LIB)<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

　　　　I, Michael G. Patiuk, certify that the Memorandum of Law in Support of Defendant Countrywide Home Loans, Inc.'s and Carrie Ehinger's Motion to Dismiss the Plaintiff's Amended Complaint complies with the length limitations of Local Rule 7.1(d) and the type-size limitation of Local Rule 7.1(f).

　　　　I further certify that, in preparation of this memorandum, I used Microsoft Office Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above referenced memorandum contains 4,088 words.

- 2 -

Dated: July 21, 2011  **THOMPSON, COE, COUSINS & IRONS, LLP**

s/ Michael G. Patiuk
Michael G. Patiuk (ID # 21243X)
The Historic Hamm Building, Suite 510
408 St. Peter Street
St. Paul, Minnesota  55102
Phone: (651) 389-5025
Facsimile: (651) 389-5099
Email: mpatiuk@thompsoncoe.com

***ATTORNEYS FOR DEFENDANTS
COUNTRYWIDE HOME LOANS, INC. AND
CARRIE EHINGER***